COOK, Appellant, v. ENQUIRER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Andrew B. Cook against the Enquirer Company. No opinion. Judgment and order affirmed, with costs.

COOPER, Appellant, v. FITZGERALD, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Arbitration between Benjamin W. Cooper, as executor, etc., against John W. Fitzgerald, as executor, etc. No opinion. Judgment and order affirmed, with costs.

COSTELLO, Appellant, v. COSTELLO, Respondent. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by S. Caroline Costello against John H. Costello. A. J. Dittenhoefer, for appellant. J. Delahunty, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 51 N. Y. Supp. 1140; 52 N. Y. Supp. 1140; 59 N. Y. Supp. 1101.

COWLEY, Appellant, v. DAVISON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by John J. Cowley against George B. Davison and others. No opinion. Judgment affirmed, with costs.

CRARY, Respondent, v. DIMOCK et al., Appellants. (Supreme Court, Appellate Term. February 8, 1900.) Action by Jessie D. Crary against Julian A. Dimock and another. From a judgment for plaintiff, defendants appeal. Affirmed. Bradbury C. Chetwood, for appellants. Sidney H. Stuart, for respondent.

PER CURIAM. No question of law is presented for our review, and, as the conflict of fact was correctly disposed of below, it follows that the judgment must be affirmed. Judgment affirmed, with costs to respondent.

CRIPPS et al., Respondents, v. EDMONDS, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 13, 1900.) In the matter of the accounting of William E. Edmonds, as executor, etc. Action by Christopher Cripps and another against William E. Edmonds, as executor, etc. No opinion. Motion denied, without costs to either party.

In re CROTONA PARK. In re FORSCH. (Supreme Court, Appellate Division, First Department. February 16, 1900.) In the matter of Crotona Park, and in the matter of Forsch. No opinion. Motion granted.

In re CURTIS et al. (Supreme Court, Appellate Division, First Department. February 16, 1900.) In the matter of Theodore A. Curtis and another. No opinion. Motion to open default and for opportunity to be heard on motion to dismiss appeal granted, on payment of $10 costs of previous motion and $10 costs of this motion.

CURTIS, Respondent, v. ALBEE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by Wendell J. Curtis, as assignee, etc., of Sidney B. Roby, against Henry C. Albee. No opinion. Judgment affirmed, with costs.

DALTON, Respondent, v. DALTON, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) Action by Annie E. Dalton against George W. Dalton, impleaded, etc. No opinion. Judgment affirmed by default, with costs. See 61 N. Y. Supp. 1135.

DALTON, Respondent, v. DALTON, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1900.) Action by Annie E. Dalton against George W. Dalton, impleaded.

PER CURIAM. Motion granted, to the extent of opening the default of the appellant and setting aside the order of affirmance and judgment entered thereon, and cause placed on the calendar of this court for argument on Monday, January 29, 1900.

DALTON v. DALTON. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) Action by Annie E. Dalton against George W. Dalton. No opinion. Motion to dismiss appeal granted, with $10 costs.

DALTON, Respondent, v. DALTON, Appellant. (Supreme Court, Appellate Division, Second Department. February 2, 1900.) Action by Annie E. Dalton against George W. Dalton, impleaded, etc. No opinion. Judgment affirmed, with costs. See 61 N. Y. Supp. 1135.

DAM, Respondent, v. ALBANY RY., Appellant. (Supreme Court, Appellate Division, Third Department. January 16, 1900.) Action by John Dam against the Albany Railway. No opinion. Judgment and order reversed, and a new trial granted, costs to abide the event, unless plaintiff stipulates to reduce the verdict to $300, in which case the judgment and order is affirmed, without costs of appeal to either party.

DE GRAUW, Appellant, v. LONG ISLAND ELECTRIC R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) Action by Mary E. S. De Grauw, as sole executrix and sole devisee, etc., against the Long Island Electric Railroad Company and others. No opinion. Motion for leave to appeal to the court of appeals granted, and questions certified. See 60 N. Y. Supp. 163.

DEIBOLD, Respondent, v. FENTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 13, 1900.) Action by John F. Deibold against James Fenton. No opinion. Judgment and order affirmed, with costs.

DELANO, Respondent, v. REED et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by William E. Delano against Edgar P. Reed and another. No opinion. Judgment and order affirmed, with costs.